

FILED

06/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0375

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0375

ROBERT L. REICH,

Petitioner,

v.

CAPTAIN VAUGHN,
BUTTE-SILVER BOW COUNTY
DETENTION CENTER,

Respondent.

O R D E R

FILED

JUN 2 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Robert L. Reich has filed a Petition for Writ of Habeas Corpus, indicating that his incarceration is illegal and stating that his "due process was violated on 3-1-24 2:00 pm [when he] was booked into Butte Silverbow [Detention] Center." He further states that he should have been released or charged after being on a no bond hold and then on a 72-hour hold because the latter expired on March 6, 2024. Reich concludes that he should be released from jail immediately due to false imprisonment.

This Court is familiar with Reich's history. We denied a petition for habeas corpus relief in April of this year. *Reich v. Vaughn*, No. OP 24-0174, Order (Mont. Apr. 9, 2024) (*Reich I*). Reich raised similar claims about his length of detention before his initial appearance as well as due process claims. We stated then:

> This Court secured a copy of the court's docket sheet. In the Butte-Silver Bow County District Court, Reich received a sentence in July 2018, and the District Court revoked his suspended sentence in October 2023. Reich was on probation when he allegedly committed new offenses. Reich includes a copy of the charging document as well as the March 6, 2024 Department of Corrections' authorization to pick up and hold a probationer. The Department of Corrections suggested a $500,000 bond and pointed out the various investigations for the felony charges, citing to § 46-23-1012, MCA. On March 8, 2024, the State filed a Petition for Revocation of Suspended Sentence in his 2018 case.

Reich is not entitled to dismissal of the charges or his immediate release. As a probationer, Reich was informed of the probationary conditions and that he is subject to supervision by the Department of Corrections. Section 46-23-1011(1), (3), MCA. We conclude that Reich is not entitled to habeas corpus relief. When Reich receives a final judgment, he has the remedy of appealing that decision to this Court. M. R. App. P. 4(5)(b)(i); § 46-20-104(1), MCA.

*Reich I*, at 1-2.

This Court has previously addressed Reich's claims, and we decline to do so again. He has not demonstrated illegal incarceration. Section 46-22-101(2), MCA. Therefore,

IT IS ORDERED that Reich's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Robert J. Whelan, District Court Judge; Beth Parks, Clerk of Court, under Cause No. DC-18-103 and to Reich's Defense Counsel; counsel of record; Ann Shea, County Attorney and Aaron Rains, Deputy County Attorney, along with a copy of Reich's Petition; Ray Vaughn; and Robert Reich personally.

DATED this 25 day of June, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2